UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRIS JAGELSKI,

       Plaintiff,

v.                                         Case No: 2:14-cv-696-FtM-38DNF

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

       Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on The Plaintiff, Chris Jagelski and the Defendant, Hartford Life and Accident Insurance Company's Joint Stipulation of Dismissal (Doc. #27) filed on April 14, 2015. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, the Parties inform the Court that they agree to the entry of a final order of dismissal with prejudice with each party to bear their own attorney's fees and costs.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Chris Jagelski and the Defendant, Hartford Life and Accident Insurance Company's Joint Stipulation of Dismissal ([Doc. #27](Doc. #27)) is **ACCEPTED**. The case is hereby **DISMISSED** with prejudice. The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record